IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elizabeth A. Kraft, | NO. C 08-03034 JW |
| Plaintiff(s), | **ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES** |
| v. | |
| Michael Astrue et al, | |
| Defendant(s). | |

The Court having reviewed all the parties' consent to proceed before a United States Magistrate Judge, hereby randomly refers the matter to a Magistrate Judge for all purposes.

The Clerk shall reassign this case to a Magistrate Judge.

Dated: July 25, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Elizabeth Firer Elizabeth.Firer@ssa.gov
Harvey Peter Sackett hps@hpspc.com

**Dated:  July 25, 2008**              Richard W. Wieking, Clerk

                                        By: *Elizabeth C Garcia*
                                            **Elizabeth Garcia**
                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California