| | |
|---|---|
| JOSEPH P. RUSSONIELLO CSBN 44332<br>United States Attorney<br>LUCILLE GONZALES MEIS, SBN CO 15153<br>Regional Chief Counsel, Region IX<br>ELIZABETH FIRER, SBN WI 1034148<br>Special Assistant United States Attorney | *E-FILED 10/7/08* |

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8937
Facsimile: (415) 744-0134
Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KRAFT,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C08-03034 RS<br><br>STIPULATION AND ORDER FOR EXTENSION |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 14-day extension of time in which to answer the complaint and file the administrative record in this matter in accordance with 42 U.S.C. § 405(g). The extension is necessary because the electronic copy of the administrative record distributed to the United States Attorney's Office and to the Commissioner's regional office is too big to file as one document on the ECF system and must be reformatted and recertified.

The Commissioner's answer is currently due on October 7, 2008, it will now be due on October 21, 2008.

Dated: October 6, 2008      /s/*Harvey P. Sackett*
                                              *(As authorized via telephone)*
                                              HARVEY P. SACKETT
                                              Attorney for Plaintiff

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | JOSEPH P. RUSSONIELLO |
| 2 |   |   | United States Attorney |
| 3 | Dated: October 6, 2008 | By: | /s/ *Elizabeth Firer* |
| 4 |   |   | ELIZABETH FIRER |
|   |   |   | Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have an additional 14 days in which to respond to Plaintiff's complaint and file the administrative record, up to and including October 21, 2008.

Dated: October 7, 2008

RICHARD SEEBORG
United States Magistrate Judge

2