1 | HARVEY P. SACKETT (72488)
2 |
3 | SACKETT AND ASSOCIATES
   | A PROFESSIONAL LAW CORP.                *E-FILED 12/19/08*
4 | 1055 Lincoln Avenue
5 | Post Office Box 5025
   | San Jose, California 95150-5025
6 | Telephone: (408) 295-7755
7 | Facsimile:  (408) 295-7444
8 | Attorney for Plaintiff
9 | /as
10 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH A. KRAFT, | ) Civil No. C08-03034 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Thursday, February 5, 2009 in which to e-file her Motion for Summary Judgment. This extension is necessitated by: (1) the number of other cases (6) Plaintiff's counsel currently has before this district court and other district courts that also require

1

STIPULATION AND ORDER

briefing around this time; and (2) counsel's absence from the Bay Area the latter portion of December until after January 1, 2009.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: December 18, 2008    /s/
ELIZABETH FIRER
Special Assistant U.S. Attorney

Dated: December 18, 2008    /s/
HARVEY P. SACKETT
Attorney for Plaintiff
ELIZABETH A. KRAFT

IT IS SO ORDERED.

Dated: December 19, 2008

HON. RICHARD SEEBORG
United States Magistrate Judge

2
STIPULATION AND ORDER