```
1  JOSEPH P. RUSSONIELLO CSBN 44332
   United States Attorney                              *E-FILED 1/30/09*
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  ELIZABETH FIRER, SBN WI 1034148
   Special Assistant United States Attorney
4
        333 Market Street, Suite 1500
5       San Francisco, California 94105
        Telephone: (415) 977-8937
6       Facsimile: (415) 744-0134
        Email: Elizabeth.Firer@ssa.gov
7
   Attorneys for Defendant
8
                      UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| ELIZABETH KRAFT, | CIVIL NO. C08-03034 RS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR EXTENSION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff have 30 days to file her Motion for Summary Judgment following the Commissioner's submission of a supplemental certified administrative record.

The extension is necessary because the copy of the certified administrative record filed with the Court and served upon Plaintiff on October 21, 2008, was missing transcripts of the administrative hearings and needs to be supplemented. The Commissioner expects to file the certified supplemental record within 14 days. Plaintiff should then have the full 30 days to draft her Motion for Summary Judgment.

///

///

///

Plaintiff's Motion is currently due on February 5, 2009, it will now be due 30 days from the time the Commissioner files and serves the supplemental certified administrative record and the Commissioner's Cross-Motion will be due 30 days thereafter.

Dated:  January 29, 2009    /s/*Harvey P. Sackett*
   *(As authorized via telephone*)
   HARVEY P. SACKETT
   Attorney for Plaintiff


   JOSEPH P. RUSSONIELLO
   United States Attorney

Dated:  January 29, 2009    By:   /s/ *Elizabeth Firer*
   ELIZABETH FIRER
   Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have 30 days from the time Defendant Commissioner of Social Security files and serves a supplemental certified administrative record in which to file her Motion for Summary Judgment.

Dated:  January 30, 2009

RICHARD SEEBORG
United States Magistrate Judge