*E-Filed 10/27/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH A. KRAFT, | NO. C 08-3034 RS |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Plaintiff's counsel has filed a motion seeking an award of attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Counsel declares that defendant has failed to comply with its obligations under Civil Local Rule 54-6 (b)(1) to meet and confer regarding the motion, in that defendant failed to respond to counsel's attempt to initiate such discussions. Good cause appearing, it is hereby ordered that within 10 court days of the date of this order, counsel for the parties shall engage in a meaningful meet and confer session, face-to-face or telephonically. Should such discussions fail to resolve the issues raised by this motion, Defendant shall file any opposition to the motion no later than November 23, 2009. Plaintiff may file any reply no later than

1

December 4, 2009.  The matter shall then be deemed submitted for decision without oral argument.

IT IS SO ORDERED.

Dated:       10/27/09

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 08-3034 RS

2